IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

05 JAN 19 PM 1: 45

CLERK-ALBUQUERQUE

ANNE P. KASPAR, individually
and on behalf of all those similarly
situated,

          Plaintiff,

v.

MORGAN STANLEY DW, INC., a
foreign corporation

          Defendant.

No. CIV-04-1290 RHS/DJS

## STIPULATION OF DISMISSAL WITH PREJUDICE

All parties hereby stipulate to the dismissal of this cause with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Stipulated to by:

ROTHSTEIN, DONATELLI, HUGHES,
DAHLSTROM & SCHOENBURG, LLP

By: *telephonic approval 01.18.05*
    John L. Sullivan
    P.O. Box 8180
    Santa Fe, NM 87504-8180
    **ATTORNEYS FOR DEFENDANT**

MOODY & WARNER, P.C.

By: *[signature]*
    Christopher M. Moody
    4169 Montgomery Blvd. NE
    Albuquerque, New Mexico 87109
    **ATTORNEYS FOR PLAINTIFF**